October 16, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

BYER CUSTOM BUILDERS, Appellant

NO. 14-11-00906-CV                    V.

STEVEN AND ROBIN FRANKS, Appellees

_____

This cause, an appeal from the judgment in favor of appellee, Steven and Robin Franks, signed, September 13, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment.  We order the judgment of the court below **AFFIRMED**.

We order appellant, Byer Custom Builders, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.